**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| DWAYNE CHAMPION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **VERIFIED COMPLAINT** |
| CENTRAL PORTFOLIO CONTROL, | ) | (**Unlawful Debt Collection Practices**) |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S VERIFIED COMPLAINT

DWAYNE CHAMPION (Plaintiff), through attorneys, KROHN & MOSS, LTD., alleges the following against CENTRAL PORTFOLIO CONTROL (Defendant):

### INTRODUCTION

1.     Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

### JURISDICTION AND VENUE

2.     Jurisdiction of this Court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3.     Defendant conducts business in the state of Georgia; therefore, personal jurisdiction is established.

4.     Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

### PARTIES

5.     Plaintiff is a natural person residing in Lithonia, DeKalb County, Georgia.

6.     Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

1

7.      Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

8.      Plaintiff is informed and believes, and thereon alleges, that Defendant is a collections business with an office in Eden Prairie, Minnesota.

9.      Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10.     In or around July of 2011, Defendant began placing calls to Plaintiff seeking and demanding payment on an alleged debt.  Upon information and belief, the debt is originally owed to Bank of America.

11.     Defendant calls Plaintiff from 888-315-2987, 888-826-6063 and possibly other numbers.

12.     Defendant has threatened Plaintiff with lawsuits and wage garnishments.

13.     Since the earliest calls, Plaintiff asked Defendant for information regarding the original creditor.  Defendant has refused to provide this information.  Plaintiff therefore disputed to Defendant that he owes the debt and asked Defendant on repeated occasions to stop calling him.

14.     Plaintiff specifically asked for a writing evidencing the original debt, which Defendant refused to provide.

15.     Plaintiff asked for Defendant's mailing address so that he could send a "cease and desist" letter, which Defendant refused to provide.

16.     Despite the foregoing, Defendant continued to call Plaintiff, typically two to three times per day, seeking and demanding payment on an alleged debt.

**COUNT I:**
**DEFENDANT VIOLATED THE FAIR DEBT**
**COLLECTION PRACTICES ACT**

17.    Defendant violated the FDCPA based on, but not limited to, the following:

  a.    Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt;

  b.    Defendant violated §1692d(5) of the FDCPA by causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person called at that number;

  c.    Defendant violated § 1692e of the FDCPA through the use of false, deceptive, or misleading representation or means in connection with the collection of any debt;

  d.    Defendant violated §1692e(4) of the FDCPA by threatening to garnish Plaintiff's wages.

  e.    Defendant violated §1692e(5) of the FDCPA by threatening to take any action that cannot be legally taken or is not intended to be taken.

WHEREFORE, Plaintiff, DWAYNE CHAMPION, respectfully requests judgment be entered against Defendant, CENTRAL PORTFOLIO CONTROL, for the following:

18.    Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;

19.    Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k; and

20.    Any other relief that this Court deems appropriate.

RESPECTFULLY SUBMITTED,

By: */s/ Shireen Hormozdi*
Shireen Hormozdi
KROHN & MOSS, LTD.
10474 Santa Monica Blvd.
Suite 401
Los Angeles, CA 90025
Tel: (323) 988-2400 x 267
shormozdi@consumerlawcenter.com
Attorneys for Plaintiff
Georgia Bar No. 366987

PLAINTIFF'S VERIFIED COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF GEORGIA      )
                          )
COUNTY OF _____   )

Plaintiff, DWAYNE CHAMPION, states the following:

1.     I am the Plaintiff in this civil proceeding.
2.     I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3.     I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4.     I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5.     I have filed this Complaint in good faith and solely for the purposes set forth in it.
6.     Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7.     Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, DWAYNE CHAMPION, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_10-7-2011_
Date

DWAYNE CHAMPION

4

PLAINTIFF'S VERIFIED COMPLAINT